UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-1724 JVS (MRW) | Date | April 27, 2020 |
|---|---|---|---|
| Title | Rollings v. Warden | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

1. This is a prisoner civil rights action. In February 2020, the Court issued an order after screening the complaint under 28 U.S.C. § 1915A. (Docket # 7.) The Court noted several obvious defects with Plaintiff's civil complaint. The complaint was dismissed with leave to amend. Plaintiff was given until March 26 to file an amended complaint.

2. He failed to do so. To date, the Court has not received any responsive submission or amended complaint from Petitioner.

3. The Court could rightfully close the case without further proceedings under Federal Rule of Civil Procedure 41. However, in the interests of justice and fairness to an incarcerated, self-represented litigant, the Court will give Plaintiff one final opportunity to attempt to plead a claim.

4. Therefore, by May 29, Plaintiff is ordered to show cause why the action should not be dismissed and closed. He may demonstrate cause by (a) filing an explanation for the delay in responding to the Court's earlier order and (b) submitting a proposed amended complaint for screening to comply with federal court procedures.

5. <u>**Alternatively**</u>, if Plaintiff does not wish to proceed with this civil case, he may file a notice of voluntary dismissal without further consequence.

**Failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**